**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-33439-PSH |
| | § | |
| DINO SAKKOS | § | |
| SPIRI SAKKOS | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/22/2011, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/25/2011      By: /s/ David P. Leibowitz
                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-33439-PSH |
| | § | |
| DINO SAKKOS | § | |
| SPIRI SAKKOS | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $20,006.74
*and approved disbursements of* $115.78
*leaving a balance on hand of[1]:* $19,890.96

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $19,890.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,750.67 | $0.00 | $2,750.67 |
| David Leibowitz, Trustee Expenses | $7.56 | $0.00 | $7.56 |
| Lakelaw, Attorney for Trustee Fees | $1,075.00 | $0.00 | $1,075.00 |
| Lakelaw, Attorney for Trustee Expenses | $20.68 | $0.00 | $20.68 |

Total to be paid for chapter 7 administrative expenses: $3,853.91
Remaining balance: $16,037.05

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $16,037.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $16,037.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $156,841.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | $1,254.02 | $0.00 | $128.22 |
| 2 | American Infosource Lp As Agent for Wfnnb | $18,556.69 | $0.00 | $1,897.42 |
| 3 | Fifth Third Bank | $1,572.14 | $0.00 | $160.75 |
| 4 | Chase Bank USA, N.A. | $14,385.54 | $0.00 | $1,470.92 |
| 5 | Chase Bank USA, N.A. | $15,391.97 | $0.00 | $1,573.83 |
| 6 | Chase Bank USA, N.A. | $24,276.39 | $0.00 | $2,482.26 |
| 7 | Commerce Bank | $13,318.88 | $0.00 | $1,361.85 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $31,010.36 | $0.00 | $3,170.80 |
| 9 | Capital Recovery IV LLC | $4,018.46 | $0.00 | $410.89 |
| 10 | Capital Recovery IV LLC/ GE Capital Corp | $7,160.79 | $0.00 | $732.19 |
| 11 | Fia Card Services, NA/Bank of | $926.15 | $0.00 | $94.70 |

**UST-Form 101-7-NFR (5/1/2011)**

|    |                                      |           |       |          |
|----|--------------------------------------|-----------|-------|----------|
|    | America                              |           |       |          |
| 12 | Fia Card Services, NA/Bank of America | $21,576.61 | $0.00 | $2,206.20 |
| 13 | GE Money Bank/ Banana Republic       | $2,396.11 | $0.00 | $245.00  |
| 14 | GE Money Bank/Sam's Club             | $997.80   | $0.00 | $102.02  |

        Total to be paid to timely general unsecured claims:    $16,037.05
        Remaining balance:    $0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:    $0.00
        Remaining balance:    $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:    $0.00
        Remaining balance:    $0.00

        Prepared By:  /s/ David P. Leibowitz
                            Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-33439-PSH
Dino Sakkos                                                           Chapter 7
Spiri Sakkos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 2           Date Rcvd: Oct 26, 2011
                              Form ID: pdf006           Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2011.
```
db/jdb       +Dino Sakkos,    Spiri Sakkos,    1313 Rose Court E,    Buffalo Grove, IL 60089-3256
15910005     +Allgate Financial LLC,    707 Skokie Boulevard,    Suite 375,    Northbrook, IL 60062-2882
15910007     +BAC Home Loan Services,    450 American Street,    Simi Valley, CA 93065-6285
15910009     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16362123      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16157747     +Chase Home Finance LLC,    c/o Pierce & Associates,    1 North Dearborn - Suite 1300,
               Chicago, IL 60602-4321
15910010     +Chase Mortgage,    10790 Rancho Berna,    San Diego, CA 92127-5705
15910011     +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
16157748     +Citimortgage Inc.,    c/o Codilis & Associates,    15W030 No. Frontage - Suite 100,
               Willowbrook, IL 60527-6921
15910013     +Citimortgage, Inc.,    P.O. Box 183040,    Columbus, OH 43218-3040
16157749     +DCFS USA LLC,    36455 Corporate Drive,    Farmington Hills, MI 48331-3552
15910015     +DCFS USA LLC (DCFS),    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
               St. Louis, MO 63105-1960
15910016     +Diane & Emanuel Nouhakis,    3514 West 12th Place,    Chicago, IL 60623-1610
16157153     +Essie Selvie,    7814 South Ada,    Chicago, IL 60620-3718
15910018     +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
16357929     +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
15910023     +Litton Loan,    4828 Loop Central Drive,    Houston, TX 77081-2166
16157750     +Litton Loan Servicing,    c/o Codilis & Associates,    15W030 No. Frontage Rd.-Suite 100,
               Willowbrook, IL 60527-6921
15910024     +Litton Loan Servicing, L.P.,    c/o McCalla Raymer, LLC,    Bankruptcy Dept,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
17286937     +Litton Loan Servicing, LP.,    PO BOX 829009,    Dallas, TX 75382-9009
15910026     +Macy's / DSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
16157154     +Mercedes Benz Finance,    DCFS USA LLC,    36455 Corporate Drive,    Farmington, MI 48331-3552
15910030     +Premier Credit Union,    1212 West Northwest Highway,    Palatine, IL 60067-1897
16157155     +Tequila Robinson,    8858 South Princeton,    Chicago, IL 60620-1324
16157156     +Teresa Porter,    8632 South Union Avenue,    Chicago, IL 60620-2137
15910031     +Visa / DNSB,    9111 Duke Blvd,    Mason, OH 45040-8999
15910032     +WFNNB / Victorias Secret,    P.O. Box 182128,    Columbus, OH 43218-2128
15910033     +WFNNB / RSTHDW,    P.O. Box 182789,    Columbus, OH 43218-2789
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16313151      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2011 04:09:48
               American Infosource Lp As Agent for Wfnnb,    (World Financial Network National Bank),
               PO Box 248872,    Oklahoma City, OK  73124-8872
15910006     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Oct 27 2011 02:08:16     Aurora Loan,    P.O.Box 1706,
               Scottsbluff, NE 69363-1706
16157746     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Oct 27 2011 02:08:16     Aurora Loan Services,
               10350 Park Meadows Drive,    Suite 500,    Lone Tree, CO 80124-6800
16540478      E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2011 04:13:40     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15910014     +E-mail/Text: bankruptcy@commercebank.com Oct 27 2011 02:09:38     Commerce Bank,
               911 Main Street,    Kansas City, MO 64105-2009
16377739      E-mail/Text: bankruptcy@commercebank.com Oct 27 2011 02:09:38     Commerce Bank,    P O BOX 419248,
               KCREC-10,    Kansas City, MO 64141-6248
15910017     +E-mail/Text: BKNOTICES@EAFLLC.COM Oct 27 2011 02:08:44     EAF LLC,    1120 West Lake Cook Road,
               Suite B,    Buffalo Grove, IL 60089-1970
16664593      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2011 04:09:48
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16666256      E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39     GE Money Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
15910019     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39     GEMB / Abt TV,    P.O. Box 981439,
               El Paso, TX 79998-1439
15910020     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39     GEMB / Banana Republic,
               P.O. Box 981400,    El Paso, TX 79998-1400
15910021     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39     GEMB / Sam's Club,
               P.O. Box 981400,    El Paso, TX 79998-1400
15910022      E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39     Green Tree Servicing,
               332 Minnesota Street,    Suite 610,    Saint Paul, MN 55101
15910025     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 27 2011 02:06:24     LVNV Funding,
               P.O. Box 10584,    Greenville, SC 29603-0584
15910028     +E-mail/Text: bankrup@nicor.com Oct 27 2011 02:06:29     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
15910029     +E-mail/Text: bnc@nordstrom.com Oct 27 2011 02:06:51     Nordstrom FSB,    P.O. Box 6555,
               Englewood, CO 80155-6555
16519667     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 27 2011 02:06:24
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 17
```

```
District/off: 0752-1          User: cgreen                 Page 2 of 2                  Date Rcvd: Oct 26, 2011
                              Form ID: pdf006              Total Noticed: 45


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Lakelaw
15910027         Mercedes Benz Finance
15910008         ##+Bank of America,    P.O. Box 17054,   Wilmington, DE 19850-7054
15910012         ##+Citimortgage Inc.,    P.O. Box 9438,   Gaithersburg, MD 20898-9438
                                                                                            TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**                          **Signature:**    _/s/ Joseph Speetjens_