UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §      Case No. 10-33439-PSH
                                      §
DINO SAKKOS                           §
SPIRI SAKKOS                          §
                                      §
                                      §
        Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,013,900.00 | Assets Exempt: | $39,000.00 |
| Total Distributions to Claimants: | $16,037.05 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,969.69 | | |

3) Total gross receipts of $20,006.74 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $20,006.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $894,076.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,969.69 | $3,969.69 | $3,969.69 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $179,625.00 | $156,841.91 | $156,841.91 | $16,037.05 |
| **Total Disbursements** | $1,073,701.00 | $160,811.60 | $160,811.60 | $20,006.74 |

4). This case was originally filed under chapter 7 on 07/28/2010. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2012        By:  /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Rental Income | 1222-000 | $20,000.00 |
| Interest Earned | 1270-000 | $6.74 |
| **TOTAL GROSS RECEIPTS** | | **$20,006.74** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loan Services | 4110-000 | $406,464.00 | NA | $0.00 | $0.00 |
| | Citimortgage, Inc. | 4110-000 | $406,000.00 | NA | $0.00 | $0.00 |
| | DCFS USA LLC | 4110-000 | $22,816.00 | NA | $0.00 | $0.00 |
| | DCFS USA LLC | 4110-000 | $6,294.00 | NA | $0.00 | $0.00 |
| | Green Tree Servicing | 4110-000 | $52,502.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$894,076.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,750.67 | $2,750.67 | $2,750.67 |
| David Leibowitz, Trustee | 2200-000 | NA | $7.56 | $7.56 | $7.56 |
| International Sureties, Ltd | 2300-000 | NA | $16.08 | $16.08 | $16.08 |
| Green Bank | 2600-000 | NA | $99.70 | $99.70 | $99.70 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,075.00 | $1,075.00 | $1,075.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $20.68 | $20.68 | $20.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,969.69** | **$3,969.69** | **$3,969.69** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | 7100-900 | $1,254.00 | $1,254.02 | $1,254.02 | $128.22 |
| 2 | American Infosource Lp As Agent for Wfnnb | 7100-900 | $18,176.00 | $18,556.69 | $18,556.69 | $1,897.42 |
| 3 | Fifth Third Bank | 7100-000 | $1,533.00 | $1,572.14 | $1,572.14 | $160.75 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $14,385.00 | $14,385.54 | $14,385.54 | $1,470.92 |
| 5 | Chase Bank USA, N.A. | 7100-900 | $15,391.00 | $15,391.97 | $15,391.97 | $1,573.83 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $24,276.00 | $24,276.39 | $24,276.39 | $2,482.26 |
| 7 | Commerce Bank | 7100-900 | $12,252.00 | $13,318.88 | $13,318.88 | $1,361.85 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $31,010.00 | $31,010.36 | $31,010.36 | $3,170.80 |
| 9 | Capital Recovery IV LLC | 7100-900 | NA | $4,018.46 | $4,018.46 | $410.89 |
| 10 | Capital Recovery IV LLC/ GE Capital Corp | 7100-000 | $7,160.00 | $7,160.79 | $7,160.79 | $732.19 |
| 11 | Fia Card Services, NA/Bank of America | 7100-900 | $926.00 | $926.15 | $926.15 | $94.70 |
| 12 | Fia Card Services, NA/Bank of America | 7100-900 | $21,576.00 | $21,576.61 | $21,576.61 | $2,206.20 |
| 13 | GE Money Bank/ Banana Republic | 7100-900 | $2,396.00 | $2,396.11 | $2,396.11 | $245.00 |
| 14 | GE Money Bank/Sam's Club | 7100-900 | $997.00 | $997.80 | $997.80 | $102.02 |
| | Allgate Financial LLC | 7100-000 | $10,105.00 | NA | NA | $0.00 |
| | Aurora Loan | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase Mortgage | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citimortgage Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| | EAF LLC | 7100-000 | $7,161.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Litton Loan | 7100-000 | $0.00 | NA | NA | $0.00 |
| Litton Loan Servicing | 7100-000 | $0.00 | NA | NA | $0.00 |
| Litton Loan Servicing | 7100-000 | $0.00 | NA | NA | $0.00 |
| LVNV Funding | 7100-000 | $3,978.00 | NA | NA | $0.00 |
| Macy's / DSNB | 7100-000 | $2,228.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $80.00 | NA | NA | $0.00 |
| Nordstrom FSB | 7100-000 | $3,739.00 | NA | NA | $0.00 |
| Premier Credit Union | 7100-000 | $472.00 | NA | NA | $0.00 |
| Visa / DNSB | 7100-000 | $530.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $179,625.00 | $156,841.91 | $156,841.91 | $16,037.05 |

Case 10-33439    Doc 79    Filed 04/13/12    Entered 04/13/12 10:47:30    Desc Main
Document      Page 6 of 11

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Page No: 1  
Exhibit 8

| Case No.: | 10-33439-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SAKKOS, DINO AND SAKKOS, SPIRI | Date Filed (f) or Converted (c): | 07/28/2010 (f) |
| For the Period Ending: | 2/10/2012 | §341(a) Meeting Date: | 09/13/2010 |
| | | Claims Bar Date: | 01/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Rental Income (u) | $0.00 | $20,000.00 | DA | $20,000.00 | FA |
| 2 | Single Family Home Location: 1313 Rose Court E, Buffalo Grove IL 60089 | $300,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Multi Unit Apartment Building 3514 West 12th Place Chicago, IL | $400,000.00 | $0.00 | DA | $0.00 | FA |
| 4 | Single Family Residence 8315 South Green Chicago, IL | $84,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Single Family Home 8806 South Union Chicago, IL | $44,000.00 | $0.00 | DA | $0.00 | FA |
| 6 | Single Family Residence 8632 South Union Chicago, IL | $44,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | Single Family Residence 8529 South Carpenter Chicago, IL | $44,000.00 | $0.00 | DA | $0.00 | FA |
| 8 | Single Family Residence 8858 South Princeton Chicago, IL | $44,000.00 | $0.00 | DA | $0.00 | FA |
| 9 | Single Family Residence 7814 South Ada Chicago, IL | $44,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | Checking Account # Charter One Bank | $200.00 | $0.00 | DA | $0.00 | FA |
| 11 | Checking Account Premier Credit Union | $300.00 | $0.00 | DA | $0.00 | FA |
| 12 | 3 Bedroom Sets; Living Room Set; Kitchen Table; TV | $1,200.00 | $0.00 | DA | $0.00 | FA |
| 13 | Personal Clothing and Effects | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 14 | 2 Wedding Rings | $500.00 | $0.00 | DA | $0.00 | FA |
| 15 | Pension | Unknown | $0.00 | DA | $0.00 | FA |
| 16 | Grove Investment Group, Inc. | Unknown | $0.00 | DA | $0.00 | FA |

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 10-33439-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SAKKOS, DINO AND SAKKOS, SPIRI | Date Filed (f) or Converted (c): | 07/28/2010 (f) |
| For the Period Ending: | 2/10/2012 | §341(a) Meeting Date: | 09/13/2010 |
| | | Claims Bar Date: | 01/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 17 Refund of Attorney's Fees for Defense of Foreclosure Cases pending in Cook County, IL from James Zaczek, 415 North LaSalle St. - Suite 300, Chicago, IL 60654 $6,000.00 received to date, $6,000.00 balance due and owing. | $6,000.00 | $900.00 | DA | $0.00 | FA |
| 18 Computer - HP Desktop | $200.00 | $0.00 | DA | $0.00 | FA |
| 19 Tools | $500.00 | $0.00 | DA | $0.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | DA | $6.74 | Unknown |

**TOTALS (Excluding unknown value)**                        **Gross Value of Remaining Assets**

       $1,013,900.00         $20,900.00                              $20,006.74          $0.00

**Major Activities affecting case closing:**

TFR to be completed after claims bar date

Need to collect funds paid to foreclosure attorney Per D. Leibowitz.

Trustee to make a determination regarding foreclosure fees refunded to Debtors.

TFR completed per Trustee's instruction.

Distribution made on 11/23/2011 - TDR to be completed.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/28/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 02/09/2012 | DAVID LEIBOWITZ |

**FORM 2** — Page No: 1 — Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 10-33439-PSH | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | SAKKOS, DINO AND SAKKOS, SPIRI | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | ******4414 | | **Checking Acct #:** | ******3901 | |
| **Co-Debtor Taxpayer ID #:** | ******4415 | | **Account Title:** | DDA | |
| **For Period Beginning:** | 7/28/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 2/10/2012 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $19,990.66 | | $19,990.66 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.24 | $19,984.42 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $28.08 | $19,956.34 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $32.20 | $19,924.14 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $33.18 | $19,890.96 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $30.02 | $19,860.94 |
| 11/01/2011 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | ($30.02) | $19,890.96 |
| 11/23/2011 | 5001 | David Leibowitz | Trustee Expenses | 2200-000 | | $7.56 | $19,883.40 |
| 11/23/2011 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 1,075.00; Amount Allowed: 1,075.00; Distribution Dividend: 100.00; | 3110-000 | | $1,075.00 | $18,808.40 |
| 11/23/2011 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 20.68; Amount Allowed: 20.68; Distribution Dividend: 100.00; | 3120-000 | | $20.68 | $18,787.72 |
| 11/23/2011 | 5004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,750.67 | $16,037.05 |
| 11/23/2011 | 5005 | American Infosource Lp As Agent for Wfnnb | Claim #: 1; Amount Claimed: 1,254.02; Amount Allowed: 1,254.02; Distribution Dividend: 10.22; | 7100-900 | | $128.22 | $15,908.83 |
| 11/23/2011 | 5006 | American Infosource Lp As Agent for Wfnnb | Claim #: 2; Amount Claimed: 18,556.69; Amount Allowed: 18,556.69; Distribution Dividend: 10.22; | 7100-900 | | $1,897.42 | $14,011.41 |
| 11/23/2011 | 5007 | Fifth Third Bank | Claim #: 3; Amount Claimed: 1,572.14; Amount Allowed: 1,572.14; Distribution Dividend: 10.22; | 7100-000 | | $160.75 | $13,850.66 |
| 11/23/2011 | 5008 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 14,385.54; Amount Allowed: 14,385.54; Distribution Dividend: 10.22; | 7100-900 | | $1,470.92 | $12,379.74 |
| 11/23/2011 | 5009 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 15,391.97; Amount Allowed: 15,391.97; Distribution Dividend: 10.22; | 7100-900 | | $1,573.83 | $10,805.91 |
| 11/23/2011 | 5010 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 24,276.39; Amount Allowed: 24,276.39; Distribution Dividend: 10.22; | 7100-900 | | $2,482.26 | $8,323.65 |
| 11/23/2011 | 5011 | Commerce Bank | Claim #: 7; Amount Claimed: 13,318.88; Amount Allowed: 13,318.88; Distribution Dividend: 10.22; | 7100-900 | | $1,361.85 | $6,961.80 |
| 11/23/2011 | 5012 | PYOD LLC its successors and assigns as assignee of | Claim #: 8; Amount Claimed: 31,010.36; Amount Allowed: 31,010.36; Distribution Dividend: 10.22; | 7100-900 | | $3,170.80 | $3,791.00 |
| 11/23/2011 | 5013 | Capital Recovery IV LLC | Claim #: 9; Amount Claimed: 4,018.46; Amount Allowed: 4,018.46; Distribution Dividend: 10.22; | 7100-900 | | $410.89 | $3,380.11 |
| 11/23/2011 | 5014 | Capital Recovery IV LLC/ GE Capital Corp | Claim #: 10; Amount Claimed: 7,160.79; Amount Allowed: 7,160.79; Distribution Dividend: 10.22; | 7100-000 | | $732.19 | $2,647.92 |
| | | | **SUBTOTALS** | | $19,990.66 | $17,342.74 | |

Page No: 2
Case 10-33439  Doc 79  Filed 04/13/12  Entered 04/13/12 10:47:30  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document  Page 9 of 11
Exhibit 9

| Case No. | 10-33439-PSH | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SAKKOS, DINO AND SAKKOS, SPIRI | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4414 | | | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | ******4415 | | | Account Title: | DDA |
| For Period Beginning: | 7/28/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/23/2011 | 5015 | Fia Card Services, NA/Bank of America | Claim #: 11; Amount Claimed: 926.15; Amount Allowed: 926.15; Distribution Dividend: 10.22; | 7100-900 | | $94.70 | $2,553.22 |
| 11/23/2011 | 5016 | Fia Card Services, NA/Bank of America | Claim #: 12; Amount Claimed: 21,576.61; Amount Allowed: 21,576.61; Distribution Dividend: 10.22; | 7100-900 | | $2,206.20 | $347.02 |
| 11/23/2011 | 5017 | GE Money Bank/ Banana Republic | Claim #: 13; Amount Claimed: 2,396.11; Amount Allowed: 2,396.11; Distribution Dividend: 10.22; | 7100-900 | | $245.00 | $102.02 |
| 11/23/2011 | 5018 | GE Money Bank/Sam's Club | Claim #: 14; Amount Claimed: 997.80; Amount Allowed: 997.80; Distribution Dividend: 10.22; | 7100-900 | | $102.02 | $0.00 |
| | | | TOTALS: | | $19,990.66 | $19,990.66 | $0.00 |
| | | | Less: Bank transfers/CDs | | $19,990.66 | $0.00 | |
| | | | Subtotal | | $0.00 | $19,990.66 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $19,990.66 | |

**For the period of 7/28/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $19,990.66 |
| | |
| Total Compensable Disbursements: | $19,990.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,990.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $19,990.66 |
| | |
| Total Compensable Disbursements: | $19,990.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,990.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-33439-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SAKKOS, DINO AND SAKKOS, SPIRI | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4414 | | Money Market Acct #: | ******3439 |
| Co-Debtor Taxpayer ID #: | ******4415 | | Account Title: | |
| For Period Beginning: | 7/28/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2010 | (1) | David B. Menn | | 1222-000 | $20,000.00 | | $20,000.00 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.16 | | $20,000.16 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.82 | | $20,000.98 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.85 | | $20,001.83 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.85 | | $20,002.68 |
| 02/04/2011 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $16.08 | $19,986.60 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.77 | | $19,987.37 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.85 | | $19,988.22 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.82 | | $19,989.04 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.85 | | $19,989.89 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.77 | | $19,990.66 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $19,990.66 | $0.00 |
| | | | **TOTALS:** | | $20,006.74 | $20,006.74 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $19,990.66 | |
| | | | **Subtotal** | | $20,006.74 | $16.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,006.74 | $16.08 | |

| For the period of 7/28/2010 to 2/10/2012 | | For the entire history of the account between 10/22/2010 to 2/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,006.74 | Total Compensable Receipts: | $20,006.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,006.74 | Total Comp/Non Comp Receipts: | $20,006.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16.08 | Total Compensable Disbursements: | $16.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.08 | Total Comp/Non Comp Disbursements: | $16.08 |
| Total Internal/Transfer Disbursements: | $19,990.66 | Total Internal/Transfer Disbursements: | $19,990.66 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 10-33439-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SAKKOS, DINO AND SAKKOS, SPIRI | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4414 | Money Market Acct #: | ******3439 |
| Co-Debtor Taxpayer ID #: | ******4415 | Account Title: | |
| For Period Beginning: | 7/28/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,006.74 | $20,006.74 | $0.00 |

**For the period of 7/28/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $20,006.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,006.74 |
| Total Internal/Transfer Receipts: | $19,990.66 |
| | |
| Total Compensable Disbursements: | $20,006.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,006.74 |
| Total Internal/Transfer Disbursements: | $19,990.66 |

**For the entire history of the case between 07/28/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $20,006.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,006.74 |
| Total Internal/Transfer Receipts: | $19,990.66 |
| | |
| Total Compensable Disbursements: | $20,006.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,006.74 |
| Total Internal/Transfer Disbursements: | $19,990.66 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ